**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 6, 2012.**

In The

# Fourteenth Court of Appeals

### NO. 14-12-00827-CR

## OSCAR ABRAHAM MONTOYA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1318237**

## M E M O R A N D U M     O P I N I O N

A written request to withdraw the notice of appeal, personally signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).